```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

IN RE:                          §
                                §
JURY SERVICE                    §   MISC. NO. 4:12-MC-008-Y
                                §
APRIL 30, 2012                  §

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On May 15, 2012, United States Magistrate Judge Jeffrey L. Cureton entered his Findings, Conclusions, and Recommendation ("the findings") (doc. 11).  After review of the findings, the Court concludes that they should be, and hereby are, ADOPTED as the findings and conclusions of this Court for the reasons stated therein.

SIGNED June 19, 2012.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/dc